## FOY *v.* PLANT.

BY THE COURT. Though the instructions complained of were inappropriate and not adjusted to the issues involved at the trial, yet as the evidence, taken all together, demanded the verdict, a new trial will not be ordered. *Judgment affirmed. All the Justices concurring, except Little, J., who dissents.*

Argued February 8, — Decided April 18, 1899.

Complaint. Before Judge Falligant. Effingham superior court. April 2, 1898.

*J. G. & D. H. Clark* and *Seabrook & Morgan,* for plaintiff in error. *Garrard, Meldrim & Newman,* contra.